■ In the Matter of BLANCHE L. PHILLIPS, Petitioner, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent. — Motion to dismiss proceeding granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of BURDETT W. BOOTH against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York. — Motion to dismiss proceeding granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of THEODORE F. BEER, as Clerk and Custodian of Records of the Supreme and County Courts of Montgomery County. — Application for an order directing the County Clerk, as custodian of records of the Supreme Court and County Court of Montgomery County to destroy or otherwise dispose of certain papers and records dated prior to the year 1945 granted, with the exception of item No. 9 — transcripts of stenographer's minutes on appeal (criminal), dated prior to 1945. Motion to destroy or otherwise dispose of such transcripts of stenographer's minutes on appeal (criminal) denied, without prejudice. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Claim of FRANCIS A. MAHER, Respondent, against LONG ISLAND DAILY PRESS PUBLISHING CO., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ In the Matter of the Claim of JACK STEINBERG, Respondent, against BASE SERVICE STATION, INC., et al., Appellants, and SERVICE BACKING CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Bergan, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

## (May 29, 1958)

■ In the Matter of the Claim of SHEILA SHAW, Respondent. GENERAL MUTUAL INSURANCE COMPANY, Appellant; ISADOR LUBIN, as Industrial Commissioner, Respondent. — Motion by Robert L. Harder, Esq., for an order fixing his fee as attorney for claimant-respondent and for allowance of disbursements pursuant to subdivision 1 of section 538 of the Unemployment Insurance Law. (Labor Law, art. 18.) Motion granted and the Industrial Commissioner is directed to pay the attorney for claimant-respondent a fee of $150 and disbursements of $30. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.